# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TERI A. DUPONT, ET AL.

VERSUS

EXXON MOBIL CORPORATION,
EXXONMOBIL PIPELINE COMPANY,
KENNETH CURTIS, AND MORGAN
J. GOUDEAU, III

NO.   2025 CW 0523

**JULY 7, 2025**

In Re:   Exxon Mobil Corporation and Exxonmobil Pipeline Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 633296.

BEFORE:   **LANIER, GREENE, AND STROMBERG, JJ.**

**STAY LIFTED; WRIT DENIED.**

WIL
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT